AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|  |  |  |
|---|---|---|
| Leo McClam, | | |
| *Plaintiff* | | |
| v. | Civil Action No. | 3:13-cv-02860-TLW |
| | ) | |
| | ) | |
| Dr. NFN Reddy, et. al.; Ms. Elouise NLN; Ms. Judy | ) | |
| Depree; Ms. Makeia NLN; Mr. Livingston, NFN | ) | |
| Officer, I'm sueing all defendants in their own | ) | |
| personal, individual capacities; Ms. Barbara NLN, | ) | |
| social worker; Dr. NFN Cross; Dr. Cross NLN, | | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Leo McClam, shall take nothing of the defendants; Dr. NFN Reddy, Ms. Elouise NLN, Ms. Judy Depreem, Ms. Makeia NLN, Mr. Livingston, NFN Officer, Ms. Barbara NLN, Dr. NFN Cross, and Dr. Cross NLN, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   September 26, 2014          *ROBIN L. BLUME, CLERK OF COURT*


                                   s/A. Buckingham
                          _____
                              *Signature of Clerk or Deputy Clerk*